# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MONEYHAM, | : | No. 3:17cv383 |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| | : | (Magistrate Judge Saporito) |
| DAVID EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of April 2019, it is hereby **ORDERED** as follows:

1) Magistrate Judge Saporito's report and recommendation (Doc. 15) is **ADOPTED**;

2) The petitioner's objection (Doc. 16) is **OVERRULED**;

3) The instant habeas corpus petitioner is **DENIED**;

4) Based on the reasoning set forth in the accompanying memorandum, we decline to issue a certificate of appealability; and

5) The Clerk of Court is directed to close this case.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**